THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. L. HARDING ROGERS, JR., Appellant.

(Submitted October 15, 1936; decided November 17, 1936.)

*L. Harding Rogers, Jr.*, in person, appellant.

*William Copeland Dodge*, District Attorney (*Abraham J. Gellinoff* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.